GEORGIA NELSON, *Appellant,* v. SARAH HOFFMAN, *et al.,*
*Appellees.*

Opinion Filed May 11, 1922.

Where in probate proceedings an appeal taken to the Circuit
Court is properly dismissed without prejudice because the
statutory procedure was not observed, and an appeal taken
to the Supreme Court from such order of dismissal without
prejudice is manifestly without substantial merit, the appeal
so taken to the Supreme Court will be dismissed.

An Appeal from the Circuit Court for DeSoto County;
George W. Whitehurst, Judge.

Appeal dismissed.

*C. C. Morgan,* for Appellant;

*Leitner & Leitner,* for Appellees.

WHITFIELD, J.—It appears that in proceedings taken
for that purpose the County Judge of DeSoto County
declared null and void a purported will of Mary Thorwith
and refused to admit it to probate. An appeal taken to
the Circuit Court was "dismissed without prejudice,"
apparently because the original papers and not certified
copies thereof were transmitted to the Circuit Court on the
appeal. The appellees move to dismiss this appeal.

In Garner v. Garner, 83 Fla. 143, 90 South. Rep. 819,
it was held that the provisions of Chapter 7841, Acts of
1919, regulating appellate procedure, were applicable to
appeals in civil actions at law taken from the County
Judge's Courts to the Circuit Courts, and that such pro-

visions were not applicable to appeals taken in probate matters. See Rev. Gen. Stats. Secs. 2923, 2924.

As the statutory procedure regulating appeals in probate matters was not observed, it is manifest that the order of the Circuit Judge dismissing without prejudice the appeal taken from the County Judge's Court was proper; and the appeal to this court from that order is without substantial merit and should be and is hereby dismissed.

BROWNE, C. J., AND TAYLOR, ELLIS AND WEST, J. J., concur.